IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02503-WJM-KMT

CHRISTOPHER TANTLINGER,

Plaintiff,

v.

CORRECTIONS OFFICER LOUIS DUCHAINE, in his individual capacity;
SERGEANT BURLEIGH CASTELLO, in his individual capacity;
WARDEN STAVE HARTLEY, in his individual and official capacity;

Defendants.

## ORDER

Upon review of Defendants' Unopposed Motion to Conduct the Deposition of Incarcerated Plaintiff Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) (Doc. No. 57):

1. The Motion (Doc. No. 57) is GRANTED

DATED:   October 13, 2015

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge